IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of<br><br>WORTINGER, CHET THOMAS,<br><br>                    Debtor. | Case No. 08-31332<br>Chapter 7 |

## NOTICE OF UNCLAIMED FUNDS

Trustee, Jacqueline Sells Homann, submits her Notice of Unclaimed Funds as follows:

>   Jeffrey P. Bolduan, MD
>   1615 Winsted Dr.                                                         $536.77
>   Suite 4
>   Goshen IN 46526

Dated: March 17, 2011            Respectfully submitted,

                                 /s/Jacqueline Sells Homann
                                 Jacqueline Sells Homann
                                 Jones Obenchain, LLP
                                 600 KeyBank Building
                                 202 South Michigan Street
                                 Post Office Box 4577
                                 South Bend, Indiana 46634
                                 Telephone:  (574) 233-1194
                                 Facsimile:  (574) 233-8957
                                 Email:      jshtrustee@jonesobenchain.com

2

CERTIFICATE OF SERVICE

    I hereby certify that on the 17th day of March 2011, a true and correct copy of the above and foregoing Notice of Unclaimed Funds was served as follows:

| | |
|---|---|
| Tyler S. Haines | United States Trustee |
| ecf@tylerhaines.com | ustpregion10.so.ecf@usdoj.gov |

    /s/ Jacqueline Sells Homann
    Jacqueline Sells Homann